# United States District Court
## Southern District of Georgia

TELLY MONTANA PRITCHETT
                    Plaintiff

                JUDGMENT IN A CIVIL CASE

      V.                CASE NUMBER:   CV606-098

JAMIE ANDERSON, ET AL
                    Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of April 3, 2007, adopting the Report and Recommendation of the Magistrate Judge as the opinion of the Court and dismissing this case; judgment is hereby entered. This action stands closed.

April 3, 2007                              Scott L. Poff
*Date*                                       *Clerk*

                                                  Mary Anne Hill
                                                 *(By) Deputy Clerk*